No. 76–419. VERMONT YANKEE NUCLEAR POWER CORP. *v.* NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL.; and

No. 76–528. CONSUMERS POWER CO. *v.* AESCHLIMAN ET AL. C. A. D. C. Cir. [Certiorari granted, 429 U. S. 1090.] Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Motion of Hans A. Bethe et al., for leave to file a brief as *amici curiae* in No. 76–528 granted. MR. JUSTICE POWELL took no part in the consideration or decision of these motions.

No. 72, Orig. SOUTH DAKOTA *v.* NEBRASKA. Report of Special Master on motion of Robert J. Foley et al. for leave to intervene as defendants is received and ordered filed. Exceptions, if any, with supporting briefs to Report may be filed by the parties within 30 days. Reply briefs, if any, to such exceptions may be filed within 30 days. [For earlier orders herein, see, *e. g.*, 429 U. S. 996.]

No. 76–1172. FIRST NATIONAL BANK OF BOSTON ET AL. *v.* BELLOTTI, ATTORNEY GENERAL OF MASSACHUSETTS. Sup. Jud. Ct. Mass. [Probable jurisdiction postponed, 430 U. S. 964.] Motion of Northeastern Legal Foundation et al. for leave to file a brief as *amici curiae* denied.

No. 76–1403. HUNT ET AL. *v.* MOBIL OIL CORP. ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States. MR. JUSTICE POWELL took no part in the consideration or decision of this order.

No. 76–5761. SIMPSON ET AL. *v.* UNITED STATES; and

No. 76–5796. SIMPSON *v.* UNITED STATES. C. A. 6th Cir. [Certiorari granted, 430 U. S. 964.] Motion for appointment of counsel granted, and it is ordered that Robert W. Willmott, Jr., Esquire, of Lexington, Ky., is appointed to serve as counsel for petitioners in these cases.